# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### Eastern Division

| | |
|---|---|
| In re: | ) |
| | ) |
| **HUBERT D BURFORD** | ) |
| | ) **Case No. 18-40013-399** |
| **Debtor.** | ) |
| | ) **Chapter 13** |
| **DEVGRU FINANCIAL, LLC** | ) |
| | ) |
| **Creditor.** | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**COME NOW** Melinda J. Maune and the law firm of Martin Leigh PC and hereby enter their appearance as counsel for DEVGRU Financial, LLC ("Creditor") in the above titled bankruptcy matter.

Pursuant to Fed. R. Bankr. P. 9010(b), all further pleadings and notices, including those required under Fed. R. Bankr. P. 2002, 4001, and 9007, should be served upon the undersigned and directed to:

> Melinda J. Maune
> Martin Leigh PC
> mjm@martinleigh.com
> 1044 Main Street, Suite 900
> Kansas City, Missouri, 64105

> Respectfully submitted,
>
> MARTIN LEIGH PC
>
> *s/ Melinda J. Maune*
> Melinda J. Maune, #49797, mjm@martinleigh.com
> Amy Tucker Ryan, #49047, atr@martinleigh.com
> 1044 Main Street, Suite 900
> Kansas City, Missouri 64105
> Telephone:   (816) 221-1430
> Fax:             (816) 221-1044
> ATTORNEYS FOR CREDITOR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on the 16th day of January, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ *Melinda J. Maune*
Melinda J. Maune, Attorney for Creditor